# Exhibit C

## Wells Fargo 0002405-0002406
## March 2022 Correspondence Between Plaintiff and Paul Foody

**From:** Foody, Paul J. (Corporate Finance) [/O=WELLS FARGO & CO./OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=PAUL.FOODY]
**Sent:** 3/30/2022 9:16:15 PM
**To:** Arbuckle, Beth [Beth.Arbuckle@wellsfargo.com]
**Subject:** RE: RE: HR Case HRC3983150: New comments added

No worries - I am good with you working remotely at your discretion until HR works out their backlog.

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Arbuckle, Beth <Beth.Arbuckle@wellsfargo.com>
**Date:** Wednesday, Mar 30, 2022, 9:10 PM
**To:** Foody, Paul J. (Corporate Finance) <paul.foody@wellsfargo.com>
**Subject:** FW: HR Case HRC3983150: New comments added

FYI - This came in the middle of finalizing CCAR after the FMLA note. I have not spoken to the Accommodations consultant yet. Not surprising, they are on a backlog.

---

**From:** Wells Fargo Support <wellsfargoprod@servicenowservices.com>
**Sent:** Thursday, March 10, 2022 5:47 PM
**To:** Arbuckle, Beth <Beth.Arbuckle@wellsfargo.com>
**Subject:** HR Case HRC3983150: New comments added

WELLS FARGO

March 10, 2022

## HR Services & Support

Beth Arbuckle,

A Support Specialist has added comments to the following HR case: HRC3983150

Short Description: LFG REFERRAL + KEEP HR Service for Accommodation Request

Comments:

---

**2022-03-10 17:46:41 EST - Daniel Potter** Additional comments
Thank you for submitting an Accommodations request, and for your patience as you await a decision. We are actively working through all submitted requests. Due to high volumes, the Accommodations Management team will need additional time to complete the review and decision process.

We recognize that this decision impacts your planning for our anticipated return to office. If you

are already telecommuting, you will be able to continue to work remotely while your request is being reviewed. You can anticipate a response from a consultant in approximately 6-12 weeks. Note that your case will be placed in a system 'suspended' status until that time; however your case is still active and open.

During the review process, you will be required to engage with your assigned Accommodations Consultant and to provide supporting medical documentation from your healthcare provider. If you have not already provided it with your case submission, please gather the supporting medical documentation that will be needed to process your request prior to meeting with your Consultant. It should be an official note from your healthcare provider, including the limitations from your medical condition that impact you in the workplace, any requested accommodations your healthcare provider may recommend, and duration of the accommodation requested. It can be uploaded into your case directly. Please know that failure to provide this documentation or to engage with the consultant in a timely manner once you are contacted may result in your request being denied and being required to return to the office in accordance with your scheduled return.

ACTION REQUIRED
Please share this note with your manager for their awareness. Your manager will not automatically receive a copy of this communication.

More information about return to office is located at Our Workplace.

---

**2022-03-09 10:25:08 EST - Ashley Moultrie** Additional comments
Thank you for contacting Accommodations Management. We have received your Accommodations Request and the case has been assigned to one of our Consultants. Due to current extensive volumes, the Accommodations Consultant will be reviewing your case and contacting you within 10 business days of your submission date to begin the process with you.

To ensure a timely resolution of your case, please view the comments and respond with any requested information. You can access your case by clicking the HR case number link above or by visiting the HR Services & Support site and clicking on My Requests.

Thank you,

HR Services & Support

This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply email and delete this message. Thank you for your cooperation.

© 2022 Wells Fargo Bank, N.A. All rights reserved. Not intended for public distribution.

Ref:WF_ITMP_Test_MSG53034010_FdORUZ