# Exhibit E

## Wells Fargo 00301-00305
## FMLA Approval Case Records

**Note Report**

Report | Clear | Print | Help

AS Accom | AS Event | Add Note | Appeal | Claim | Coord Claim Note | Correspond | Doc List | Employee | Leave | Life Claim | Lve Addtl Info | Lve Correspondence | Lve Program | Lve Work Sched | Medical | Medical History | Note | SPELL Letters | Scheduled Pmt | Task Print | Task Rpt | Tasks

Claim

* **Claim/Event/Leave Number** 12999462 **Accommodation Number**

**Note type:**

Primary Sort Order
Note Type
Note Number
● Note Date/Time
Accm. No.

Sec
●

**03/30/2023 7:47 AM - CLAIM Note 12**
Claim/Event/Leave: 12999462
NoteSubject : Other
Other Subject : FILE COPY
Text: [03/30/2023 - NILES, CATHY]REQUEST TO SEND A COPY OF THE COMPLETE CLAIM FILE HAS BEEN COMPLETED FOR CLM#S 1466914, 9372294, 12999462 LEAVE # S 12999467, 9372340, AND 12582507. SENT TO EMAIL EMAD.SHAIK@WELLSFARGO.COM AND WFCOPYREQ@LFG.COM SECURE THRUOUTLOOK

**10/04/2022 11:01 AM - PHONE Note 14**
Claim/Event/Leave: 12999462
NoteSubject : EE Called
Other Subject : LVM - GEN MB
Text: [10/04/2022 - HARRIS, JORDYN]EE LVM FOR GEN MAILBOX SEPTEMBER 9, 2022 12:44 PM[10/04/2022 - HARRIS, JORDYN] NO CALL BACK NEEDED AS EE SPK W/ ANOTHER DCM AFTER VM LEFT

**10/01/2022 3:46 AM - CLAIM Note 11**
Claim/Event/Leave: 12999462
NoteSubject : FMLA
Other Subject : LEAVE END
Text: THE LEAVE WAS CLOSED FOR RETURN TO REGULAR WORK SCHEDULE BECAUSE THE DISABILITY CLAIM CLOSED FOR RETURN TO OWN OCC.

**09/22/2022 9:31 AM - CLAIM Note 10**
Claim/Event/Leave: 12999462
NoteSubject : FMLA
Other Subject : REQUEST END DATE CHG
Text: THE REQUESTED LEAVE END DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM'S APPROVED THROUGH DATE. THE ACTUAL LEAVE END DATE MAY HAVE CHANGED AS A RESULT OF THIS ACTION.

**09/22/2022 9:31 AM - PHONE Note 13**
Claim/Event/Leave: 12999462
NoteSubject : Called EE
Other Subject : FU
Text: [09/22/2022 - FERGUSON, NYREE]DCM CLLD TO SEE HOW TO PROCEED WITH THE CLAIM. EE STATED SHE WAS EXT THRU 9/30/22. DCM ADVISED WILL EXT TILL THE 30TH. DCM VERIFIED RTW 10/3/22. EE AGREED OF RTW. DCM ADVISED WILL CLOSE THE CLAIM. EE AGREED AND HAD NFQ.

**09/20/2022 2:08 PM - PHONE Note 12**
Claim/Event/Leave: 12999462
NoteSubject : Other Called
Other Subject : ACD
Text: [09/20/2022 - MILLER, JASMINE]MANAGER CALLED TO CX DD ON CLAIM. DCM EXPLAINED CLAIM APPROVED THROUGH 9/15 AND EE WILL HAVE 30 DAY NP TO SUBMIT ADDITIONAL INFO. UNDERSTOOD NFQ

**09/20/2022 11:37 AM - PHONE Note 11**
Claim/Event/Leave: 12999462
NoteSubject : Other Called
Other Subject : RANDOM EE INQUIRY
Text: [09/20/2022 - REGISFORD, KEON]M1 ASSISTANT AMY CALLED (704-964-5711) TO ASK FOR EE STATUS ON CLAIM AND DEADLINE FOR PPW, LS TOLD REP THAT DUE TO HER NOT BEING LISTED AS M1 IN SYSTEM NO INFO TO BE RELEASED TO HER, REP STATED THAT SHES SPOKEN WITH PREVIOUS REPS WHO RELEASED INFO, LS REPEATED THAT DUE TO REP NOT BEING LISTED AS M1 OR IN CHAIN OF COMMAND THAT NO INFO TO BE RELEASED AS NO INFO SHOULDVE BEEN RELEASED. REP ASKED TO SPEAK WITH M1 ONCE SHE DIDNT RECEIVE HER WAY. TRANSFERRED TO M1 NICOLEMATTES.

CALL ENDED.

**09/20/2022 11:02 AM - PHONE Note 10**
Claim/Event/Leave: 12999462
NoteSubject : EE Called
Other Subject :
Text: [09/20/2022 - HILL, DE CARLO]EE MANAGER ASST STATED EE ADVISED HER LFG IS KEEPING HER OOW UNTIL MR IS RECEIVED. DCM ADVISED LFG DOES NOT NEED A RTW NOTE OR ADDITIONAL MR FOR EE TO RTW. EE CAN RTW AT ANY TIME. IF EE IS REQUESTING EXTENSION FOR MEDICALNECESSITY, THEN MR CAN BE SUBMITTED FOR EXTENSION REVIEW. ADVISED PER NOTES DL FOR MR IS 09/20

**09/15/2022 2:51 PM - PHONE Note 9**
Claim/Event/Leave: 12999462
NoteSubject : ER Called
Other Subject : ACD
Text: [09/15/2022 - COLLINS, JULIET]ER CALLED, ADVISED EE WAS SUPPOSE TO RTW TODAY SO ER RETURNED EE FROM LEAVE IN WORKDAY BUT EE CALLED AND SAID LINCOLN IS KEEPING HER OUT TILL 9/30. ER WANTS TO KNOW IF SOMETHING NEEDS TO BE UPDATED IN SYSTEM. DCM ADVISEDEE IS APPROVED THRU 9/15 AND WE ARE WAITING ON MR FOR EXTENSION. ER UNDERSTOOD. NFQ. THANKED, CALL ENDED.

**09/14/2022 2:09 PM - PHONE Note 8**
Claim/Event/Leave: 12999462
NoteSubject : Called EE
Other Subject : RETURN CALL
Text: [09/14/2022 - MURACO, HEIDI]CALLED EE BACK AT 7046417237 DCM EXPLAINED CALLING TO CX IF ADDITIONAL QUESTIONS PER VM LEFT EE ADVISED EE SPOKE WITH ADCM AND NFQ DCM THANKED

**09/14/2022 2:07 PM - PHONE Note 7**
Claim/Event/Leave: 12999462
NoteSubject : EE Called
Other Subject : LVM
Text: [09/14/2022 - MURACO, HEIDI]4:08 PM ON 9/13 CALLING FOR UPDATE AND HAS QUESTIONS ABOUT EXT

**09/13/2022 3:44 PM - CLAIM Note 9**
Claim/Event/Leave: 12999462
NoteSubject : LTR to AP
Other Subject : MINGORA
Text: [09/13/2022 - FERGUSON, NYREE]FAXED MRR TO DR. MINGORA FROM 8/1-PRESENT DL 9/20/22

**09/13/2022 3:41 PM - PHONE Note 6**
Claim/Event/Leave: 12999462
NoteSubject : Called AP
Other Subject : MINGORA
Text: [09/13/2022 - FERGUSON, NYREE]DCM CLLD TO GET FAX# FOR MEDICAL RECORDS. DCM WAS GIVEN 843 792 5460 THRU AUTOMATED LINE.

**09/13/2022 3:40 PM - PHONE Note 5**
Claim/Event/Leave: 12999462
NoteSubject : Called EE
Other Subject : RTC
Text: [09/13/2022 - FERGUSON, NYREE]DCM CLLD EE TO ADVISE NEED MEDICAL RECORDS TO EXT THE CLAIM. EE STATED RUMATOLOGIST APPT IS IN NOV. EE CANNOT BEGIN TX UNTIL NOV. 10TH. EE STATED DO TX AND INFECTION IS GONE. EE STATED CANNOT TX FOR LUPUS UNTIL SEE RUMATOLOGIST. EE GV PULMONOLOGIST CONTACT INFO: CHRISTINA MINGORA PH#843 792 9200 FAX#UNKNOWN.

**09/13/2022 3:37 PM - PHONE Note 4**
Claim/Event/Leave: 12999462
NoteSubject : EE Called
Other Subject : LVMM
Text: [09/13/2022 - FERGUSON, NYREE]EE REQ CB TO DISCUSS 9/15/22 DATE SINCE DR IS REQ EE TO RTW 9/30/22.

**09/08/2022 11:36 AM - CLAIM Note 8**
Claim/Event/Leave: 12999462
NoteSubject : Other
Other Subject :
Text: [09/08/2022 - HUNTLEY, SHERRY]NO ACTION TAKEN ON TASK AS PER ADCM'S NOTE - NOV IS 9/15. TASK SET FOR ADCM TO F/U AFTER OV.

**08/23/2022 11:52 AM - DOCUMENT Note 35**
Claim/Event/Leave: 12999462
NoteSubject : eSignature
Other Subject : Document Expired

**08/22/2022 12:23 PM - DOCUMENT Note 34**

Claim/Event/Leave: 12999462
NoteSubject : eSignature
Other Subject : Document Will Expire

**08/21/2022 12:23 PM - DOCUMENT Note 33**
Claim/Event/Leave: 12999462
NoteSubject : eSignature
Other Subject : Document Not Signed Day 5

**08/18/2022 12:22 PM - DOCUMENT Note 32**
Claim/Event/Leave: 12999462
NoteSubject : eSignature
Other Subject : Document Not Signed Day 2

**08/16/2022 12:22 PM - DOCUMENT Note 31**
Claim/Event/Leave: 12999462
NoteSubject : eSignature
Other Subject : Document Requested

**08/16/2022 11:46 AM - DOCUMENT Note 30**
Claim/Event/Leave: 12999462
NoteSubject : eSignature
Other Subject : Document Expired

**08/15/2022 5:13 PM - DOCUMENT Note 29**
Claim/Event/Leave: 12999462
NoteSubject : eSignature
Other Subject : Document Will Expire

**08/14/2022 5:13 PM - DOCUMENT Note 28**
Claim/Event/Leave: 12999462
NoteSubject : eSignature
Other Subject : Document Not Signed Day 5

**08/11/2022 5:13 PM - DOCUMENT Note 27**
Claim/Event/Leave: 12999462
NoteSubject : eSignature
Other Subject : Document Not Signed Day 2

**08/09/2022 5:13 PM - DOCUMENT Note 26**
Claim/Event/Leave: 12999462
NoteSubject : eSignature
Other Subject : Document Requested

**08/09/2022 12:02 PM - DOCUMENT Note 25**
Claim/Event/Leave: 12999462
NoteSubject : eSignature
Other Subject : Document Expired

**08/08/2022 1:14 PM - DOCUMENT Note 24**
Claim/Event/Leave: 12999462
NoteSubject : eSignature
Other Subject : Document Will Expire

**08/07/2022 1:14 PM - DOCUMENT Note 23**
Claim/Event/Leave: 12999462
NoteSubject : eSignature
Other Subject : Document Not Signed Day 5

**08/04/2022 1:14 PM - DOCUMENT Note 22**
Claim/Event/Leave: 12999462
NoteSubject : eSignature
Other Subject : Document Not Signed Day 2

**08/02/2022 1:14 PM - DOCUMENT Note 21**
Claim/Event/Leave: 12999462
NoteSubject : eSignature
Other Subject : Document Requested

**08/02/2022 11:48 AM - DOCUMENT Note 20**
Claim/Event/Leave: 12999462
NoteSubject : eSignature
Other Subject : Document Expired

**08/01/2022 12:43 PM - DOCUMENT Note 19**


CONFIDENTIAL

**08/01/2022 12:43 PM - DOCUMENT Note 19**
Claim/Event/Leave: 12999462
NoteSubject : eSignature
Other Subject : Document Will Expire

**07/31/2022 12:43 PM - DOCUMENT Note 18**
Claim/Event/Leave: 12999462
NoteSubject : eSignature
Other Subject : Document Not Signed Day 5

**07/28/2022 12:43 PM - DOCUMENT Note 17**
Claim/Event/Leave: 12999462
NoteSubject : eSignature
Other Subject : Document Not Signed Day 2

**07/26/2022 12:43 PM - DOCUMENT Note 16**
Claim/Event/Leave: 12999462
NoteSubject : eSignature
Other Subject : Document Requested

**07/26/2022 12:02 PM - DOCUMENT Note 15**
Claim/Event/Leave: 12999462
NoteSubject : eSignature
Other Subject : Document Expired

**07/25/2022 12:27 PM - DOCUMENT Note 14**
Claim/Event/Leave: 12999462
NoteSubject : eSignature
Other Subject : Document Will Expire

**07/24/2022 12:27 PM - DOCUMENT Note 13**
Claim/Event/Leave: 12999462
NoteSubject : eSignature
Other Subject : Document Not Signed Day 5

**07/21/2022 12:27 PM - DOCUMENT Note 12**
Claim/Event/Leave: 12999462
NoteSubject : eSignature
Other Subject : Document Not Signed Day 2

**07/19/2022 12:27 PM - DOCUMENT Note 11**
Claim/Event/Leave: 12999462
NoteSubject : eSignature
Other Subject : Document Requested

**07/19/2022 11:47 AM - DOCUMENT Note 10**
Claim/Event/Leave: 12999462
NoteSubject : eSignature
Other Subject : Document Expired

**07/18/2022 12:40 PM - DOCUMENT Note 9**
Claim/Event/Leave: 12999462
NoteSubject : eSignature
Other Subject : Document Will Expire

**07/17/2022 12:39 PM - DOCUMENT Note 8**
Claim/Event/Leave: 12999462
NoteSubject : eSignature
Other Subject : Document Not Signed Day 5

**07/14/2022 12:39 PM - DOCUMENT Note 7**
Claim/Event/Leave: 12999462
NoteSubject : eSignature
Other Subject : Document Not Signed Day 2

**07/12/2022 12:39 PM - DOCUMENT Note 6**
Claim/Event/Leave: 12999462
NoteSubject : eSignature
Other Subject : Document Requested

**07/12/2022 8:03 AM - CLAIM Note 7**
Claim/Event/Leave: 12999462
NoteSubject : FMLA
Other Subject : APPROVED LEAVE
Text: THE LEAVE WAS APPROVED CONCURRENT WITH THE DISABILITY CLAIM DETERMINATION. THE LEAVE WILL REMAIN


CONFIDENTIAL WELLS FARGO 000304

COORDINATED WITH THE DISABILITY CLAIM UNTIL THE EARLIER OF THE CLAIM CLOSURE OR THE LEAVE END DATE.

**07/12/2022 8:01 AM - CLAIM Note 6**
Claim/Event/Leave: 12999462
NoteSubject : FMLA
Other Subject : REQUEST END DATE CHG
Text: THE REQUESTED LEAVE END DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM'S APPROVED THROUGH DATE. THE ACTUAL LEAVE END DATE MAY HAVE CHANGED AS A RESULT OF THIS ACTION.

**07/08/2022 4:03 PM - CLAIM Note 5**
Claim/Event/Leave: 12999462
NoteSubject : Approved
Other Subject : 7/16-9/15
Text: [07/08/2022 - FERGUSON, NYREE]LDW- 7/8/2022 DOD- 7/9/2022 PREFERRED CORRESPONDENCE- SALARY- 230,000/ YR OTHER INCOME- NONE DIAGNOSIS/SURGERY- BRONCHIECTASIS AND NON-TUBERCULOSIS MYCOBACTERIAL INFECTION OF LUNGS SYMPTOMS- ON ANTIBIOTICS BUT LUNGS WILL NEED TO BE CLEAR FOR LUPUS TREATMENT TREATMENT PLAN- MEDICATIONS- PAIN MEDS LEXAPRO COMORBID- LUPUS. MEDICAL IS ON FILE. DCM FINDS IT REASONABLE TO APPROVE THE CLAIM THRU 9/15/22 TO ALLOW TIME FOR HEALING AND DUE TO THE EE'S NOV ISNOT UNTIL 9/15/22.

**07/08/2022 4:01 PM - PHONE Note 3**
Claim/Event/Leave: 12999462
NoteSubject : Called EE
Other Subject : APPROVED
Text: [07/08/2022 - FERGUSON, NYREE]DCM CLLD EE TO ADVISE APPROVING THE CLAIM. EE STATED SHE HAVE HER PULMONARY APPT 9/15. DCM ADVISED WILL APPROVE UNTIL THAT DATE AND FOLLOW UP TO SEE HOW TO PROCEED.

**07/08/2022 1:35 PM - DOCUMENT Note 5**
Claim/Event/Leave: 12999462
NoteSubject : eSignature
Other Subject : Document Expired

**07/07/2022 4:26 PM - DOCUMENT Note 4**
Claim/Event/Leave: 12999462
NoteSubject : eSignature
Other Subject : Document Will Expire

**07/06/2022 4:26 PM - DOCUMENT Note 3**
Claim/Event/Leave: 12999462
NoteSubject : eSignature
Other Subject : Document Not Signed Day 5

**07/03/2022 4:26 PM - DOCUMENT Note 2**
Claim/Event/Leave: 12999462
NoteSubject : eSignature
Other Subject : Document Not Signed Day 2

**07/01/2022 4:26 PM - DOCUMENT Note 1**
Claim/Event/Leave: 12999462
NoteSubject : eSignature
Other Subject : Document Requested

**07/01/2022 4:05 PM - PHONE Note 2**
Claim/Event/Leave: 12999462
NoteSubject : Called AP
Other Subject : EARLY SUB
Text: [07/01/2022 - MILLER, JASMINE]EARLY SUB

**07/01/2022 4:01 PM - PHONE Note 1**
Claim/Event/Leave: 12999462
NoteSubject : Initial EE Interview
Other Subject : COMPLETE
Text: [07/01/2022 - MILLER, JASMINE]AGE- JD- TREASURY SENIOR MANAGER DEMANDS- LDW- 7/8/2022 DOD- 7/9/2022 PREFERRED CORRESPONDENCE- SALARY- 230,000/ YR OTHER INCOME- NONE DIAGNOSIS/SURGERY- BRONCHIECTASIS AND NON-TUBERCULOSIS MYCOBACTERIAL INFECTION OF LUNGS SYMPTOMS- ON ANTIBIOTICS BUT LUNGS WILL NEED TO BE CLEAR FOR LUPUS TREATMENT TREATMENT PLAN- MEDICATIONS- PAIN MEDS LEXAPRO COMORBID- LUPUS PROVIDER(S)- LUSINE AMBARTSUMYAN 7046673600 SEEING OTHER SPECIALIST BUT REPORT BACK TO PCP LOV- 6/28/2022 NOV- SEPTEMBER ERTW- UNKNOW POSSIBLY THROUGH SEPTEMBER STAT? NO MINT? NO EXPLAINED FMLA, BENEFIT %- 25 WEEKS @100%. PAYMENTS, TAXES, AS WELL AS DEDUCTIONS. EXPLAINED EP/PTO USE EXPLAINED NEXT STEPS,NP, & MRR. EE UNDERSTOOD. NFQ.

**06/28/2022 1:55 PM - CLAIM Note 4**
Claim/Event/Leave: 12999462
NoteSubject : FMLA
Other Subject : ACKNOWLEDGMENT SENT