# Exhibit H

**Wells Fargo 000105-000107**
**Plaintiff's 2022 Year-end Review**



## Arbuckle, Beth

Treasury Senior Manager

Manager: Jamey Escaler

Evaluated By: Jamey Escaler

## 2022 Year-end Review

Organization: FINANCE (Steven Macko (Inherited)) (inactive)

Location: 109845-NC-Brigham Building, Charlotte

01/01/2022 - 12/31/2022

# Overall Summary

## Manager Overall Evaluation

**Rating:** Meets

**Comment:** Beth is a key leader in FP&A.  She has strong leadership skills, domain expertise, execution discipline, problem-solving skills, and a collaborative, client-focused approach that make her high effective.  Beth drove the delivery of our core balance sheet forecasting routines at a high-standard, providing critical continuity and stability for her team members in the context of significant organization change.

Beth is also a key partner and strategic collaborator, and is relied upon for her deep domain expertise, perspective and advice.  As the Deposit team transitions to GTM Finance, I look forward to working closely with Beth on driving towards our Forecasting target operating model, driving process optimization within FP&A more broadly, identifying and executing opportunities to deliver enhanced analysis, insight and impact with our clients.

## Employee Overall Evaluation

**Comment:** Overall, my performance consistently met and many times exceeded expectations for 2022. With the transition of deposit forecasting out of my area of responsibility in the 4th quarter, I see an opportunity to focus on improving the loan forecasting process and socialization with LOB Finance and the Business as well as opportunities to demonstrate leadership across CB FP&A on other strategic deliverables.

# Goals

Select the applicable link below to review goals in preparation for writing your evaluation. Goals will open in a new tab.

Employees: View your Individual Goals.

Managers: View Goals for your employee.

# Successes and Achievements

Document key examples of accomplishments this year. What has gone well? What stands out? Consider both what was achieved and how it was achieved.

| Manager Evaluation | | Employee Evaluation | |
|---|---|---|---|
| Response: | Successes and achievements include; | Response: | |

- Executed on all balance sheet forecasting needs in a well-controlled environment, in the context of significant organizational change.
- Led and executed the successful transition of balance sheet forecasting activities to LOB Finance teams. Some activities will continue to transition over the next weeks/months.
- Collaborated with leaders and partners to assess options for transition of deposit forecasting team and responsibilities, identifying risks and opportunities to various options.
- Escalated areas of potential risk to controlled environment given resource and time constraints.
- Creatively reorganized work to deliver on forecast with multiple open positions and team members with Covid during critical CCAR cycle.
- Contributed to successful Commercial Banking Finance audit.
- Developed and delivered overview of Home Lending forecasting process to new HL CFO and Finance team members.

- Executed on all loan forecasting needs in a well-controlled environment. Escalated areas of potential risk to controlled environment given resource and time constraints. Creatively re-organized work to deliver on forecast with multiple open positions and team members with Covid during critical CCAR cycle
- Contributed to successful Commercial Banking Finance audit
- Developed and delivered overview of Home Lending forecasting process to new HL CFO and Finance team members
- Prepared for and executed transition of balance sheet forecasting activities to LOB Finance teams. Some activities will continue to transition over the next weeks/months
- Collaborated with manager and peer on options for transition of deposit forecasting team and responsibilities, identifying risks and opportunities to various options

## Areas of Focus

### Document areas of focus going forward. Where is additional progress needed? What near-term opportunities exist to continue to develop and improve? Consider activities that will support or enhance performance.

#### Manager Evaluation

Response: Beth should continue to leverage her very considerable strengths which include strong leadership, domain expertise, execution discipline, problem-solving, and collaborative style to continue to expand her impact on CB FP&A and our clients.

- Broaden knowledge set – Deepen knowledge of FP&A, CB Finance and the business to be even more effectively positioned to continue to solve high-value strategic problems.

#### Employee Evaluation

Response:

- Continued transition of deposit forecasting to new leader
- Support development and execution of target operating model for FP&A
- Identify opportunities for efficiencies, championing continued improvement of the value the team can deliver to the business and the firm
- Timely, accurate delivery of all forecast requirements
- Enhanced cross training and G&O

- Execute Successful Deposit Team Transition – Drive and execute the seamless transition of Deposit team to GTM Finance and ensure continued integrated execution of CCAR, MYFA and RRP.
- Lead and drive continuous process improvement – Drive FP&A Optimization effort to drive meaningful synergy, efficiency and impact, and create bandwidth for FP&A
- Drive Forecasting Target Operating Model – Drive towards our TOM for forecasting including recruiting and cross-training, ramp up of our I&P capability, process simplification and automation. Drive the identification and execution of opportunities for us to deliver enhanced analysis, insight and impact to our clients.
- Strengthen FP&A culture – Lead and drive our efforts to strengthen the culture of FP&A, and build its core capabilities

## Risk Overlay

Document a statement or two on how Risk Overlay expectations were met or not met. As applicable, include any issue(s) / error(s) that occurred and steps taken to remediate.

| Manager Evaluation | | Employee Evaluation | |
|---|---|---|---|
| Rating: | Meets | | |
| Response: | Met all risk expectations or had minor issues/ errors with no/low material impact (unintentional action or lack of action) in managing risk with behaviors were immediately corrected. | Response: | • Met all risk expectations or had minor issues/errors with no/low material impact and behaviors were immediately corrected. Unintentional action or lack of action in managing risk. |