# Exhibit I

## 2022 Compensation Summary Statement at Wells Fargo 0003699-0003700

WELLS FARGO

# Compensation Summary Statement

## Employee Information

| | |
|---|---|
| Name | Beth Arbuckle |
| Employee ID | 00001001727 |
| 2022 Performance Rating | Meets |
| 2022 Job Title | Treasury Senior Manager |
| 2023 Job Title | Treasury Senior Manager |

## Completed 2022 Performance Year

| | |
|---|---|
| **Base Salary at Year-End** | **230,000.00 USD** |
| **Total Variable Compensation** | **195,000.00 USD** |
| Cash (to be paid February 2023) | 146,250.00 USD |
| Restricted Share Rights (RSRs) | 48,750.00 USD |

| | |
|---|---|
| **Total Compensation*** | **425,000.00 USD** |

*Includes base salary, discretionary annual incentives and long-term incentives
Does not include any awards under commission/production, transition or functional incentive plans.

## 2023 Base Salary

| | | |
|---|---|---|
| **Base Salary Increase*** | **4,600.00 USD** | (2.00%) |
| Annual Base Salary | 234,600.00 USD | |

*Includes merit, required adjustments, promotional increases, and changes to base pay during the Compensation Review process.

Jan 25, 2023 11:26 AM

**Footnotes**

This statement is for information purposes only. The above amounts will be subject to relevant deductions for tax and social security contributions (if such deductions apply in your jurisdiction) along with any other deductions required or permitted by law, and any required approvals. All amounts are shown to the nearest whole unit. For employees paid on an hourly basis your annual base salary amounts are calculated based upon your hourly rate and your standard work hours per week. The effective dates of base salary and job title changes for the current performance year (if any) typically occur within the month of February. Specific dates vary by location. Discretionary awards or payments received in any one year do not guarantee receipt of such award or payments in subsequent years.

All incentive awards are subject to the terms and conditions of the applicable plans and your individual award agreements, including any vesting and forfeiture provisions and, if applicable, the terms and conditions in your written employment agreement and any required approvals and in line with regulatory requirements. Wells Fargo reserves the right to amend or cancel the proposed awards in accordance with the terms and conditions of the applicable plans.

Unvested discretionary long-term incentives are subject to the terms of the Wells Fargo & Company Long-Term Incentive Compensation Plan (LTICP) for RSR awards, and the Wells Fargo & Company Long-Term Cash Award Plan (LTCAP) or the Wells Fargo & Company Long-Term Cash Award Plan for International Employees (International LTCAP) for long-term cash awards (as applicable to you).

RSRs are granted under the LTICP subject to the approval of the Human Resources Committee (HRC) of Wells Fargo & Company's Board of Directors. The number of RSRs awarded will be determined by dividing the USD amount shown by the NYSE-only closing price per share of Wells Fargo & Company common stock on the date the award is approved (rounded up to the next whole share). The exchange rate applied to convert local currency to USD is at the complete discretion of Wells Fargo. For specific details on your awards please refer to your applicable annual incentive plan document, the LTICP, the LTCAP or International LTCAP and any award agreement as applicable.

Jan 25, 2023 11:26 AM