# Exhibit J

**Wells Fargo 000001-000002**
**Confirmation Memo, EAP Case # 689400**

WELLS FARGO

**CONFIDENTIAL**

TO: Beth Arbuckle, Treasury Senior Manager, EID: 1001727

FROM: Jason Manuel, Lead Investigator

DATE: 18 April 2023

SUBJECT: Confirmation Memo, EAP Case # 689400

Thank you for speaking with me on 17 April 2023. This memo confirms my understanding of the allegation(s) and applicable workplace concern(s) you have reported. As I understand from our discussion, you believe you experienced Retaliation by Jamey Escaler/Finance Director when he rated you a "Meets Expectations" on your 2022 End of Year Performance Evaluation and lowering your compensation bonus from what you expected; after you completed an approved Family and Medical Leave Act (FMLA) time off from work. The information and/or examples you shared with me are as follows:

- You identified Jamey Escaler/Finance Director as the party the allegation of retaliation is against.

- You stated that you were approved for an accommodation to work remote more than two days a week that was approved in June-July 2022 and is currently ongoing. You said you had an approved FMLA from July 2022 – September 2022 that has been completed, and that your returned to work in October 2022. You stated that after your FMLA was completed in October 2022, Jamey Escaler retaliated against you by rating you as a "Meets Expectations" on your 2022 End of Year Performance Evaluation and that your main concern is that your bonus compensation was less than expected from your previous years with Wells Fargo.

As discussed, further investigation into these concerns is warranted. I am committed to looking at the facts of this case objectively and want to assure you the process will remain confidential. Information related to your concern will be disclosed only to those with a business need to know and governmental authorities when permitted by law. If for any reason you do not feel that I can be thorough and objective in conducting the investigation, please contact me or my manager immediately.

Please note that you are required to meet expectations, as outlined in the *Wells Fargo Employee Handbook and Ethics Policy*, as follows:

- Fully cooperate with the investigation process
- Honestly answer all questions
- Provide all information/documents that you believe may help me review and address your concerns

- Maintain the confidentiality of the investigatory process; however, this is not intended to prevent you from discussing general terms and conditions of employment. For information or questions, contact ER Solutions or reference the Code of Ethics Policy
- Additionally, if you wish to, you may contact Employee Assistance Consulting at 1.888.327.0027

As the investigator, I will gather additional facts and information from other relevant sources, including employees, to assist in resolving the concerns.

If you have any questions about this memo, or if you have any clarification and/or additional information to provide, please contact me by the end of the business day tomorrow at (612) 428-9144. Otherwise, I will proceed with the investigation, and you will receive confidential status updates approximately every 30 days until the investigation is complete.

## You are making a difference

Thank you for supporting our Vision, Values, & Goals by raising your concern. Wells Fargo takes employee concerns seriously and is committed to protecting employees from retaliation, as outlined in our Speak up and Nonretaliation Policy. If you experience any actions that you believe may be retaliatory, please contact Employee Relations immediately.

## Questions

If you have questions, you may contact me directly at Jason.K.Manuel@wellsfargo.com/(612) 428-9144. Due to the sensitive and confidential nature of the investigation process, I may only be able to share limited information.

Thank you for helping build a better Wells Fargo.