# Exhibit L

## Boucher Deposition Transcript

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:24-cv-01068-FDW-SCR

BETH ARBUCKLE,

Plaintiff,

-vs-

WELLS FARGO BANK, N.A.,

Defendant.

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _

VIDEOCONFERENCE DEPOSITION

OF

**HEATHER BOUCHER**

November 19, 2025

Huntersville, North Carolina


**Michelle S. Thompson**
**THOMPSON & MILLS COURT REPORTERS**
michelle@thompsonmills.com
**5425 Closeburn Road, Unit 311**
**Charlotte, NC 28210**
**704.564.5249**

A. No.
Q. Now were you aware that Mrs. Arbuckle had been demoted three times, basically, two times before you arrived and then a third time thereafter?
MS. THOMPSON: Objection, form.
A. I was aware of the reorganizations and all the changes, yes, because I was part of the organization as well.
Q. (By Ms. Gessner) So were you aware that while she was on leave her team had been cut in half while she was on FMLA leave?
A. Yes.
Q. So you were aware that she had taken an FMLA leave for a medical condition and that her team was cut while she was on leave?
MS. THOMPSON: Objection, form.
A. I was -- I wasn't aware of the time. I don't recall the exact timing, but yes. I was also on leave in 2022, so when I returned all of the changes had been put in place, so I caught up at that point.
Q. (By Ms. Gessner) Were you on a medical leave?
A. No.
Q. Okay. So again, were you aware that Mrs. Arbuckle had taken FMLA leave for a medical condition and

A. So yeah. So Beth -- so I guess let me step back. As part of that conversation with Steve, there was a team, the profit view, price and profitability team, whose leader had took another role. That was a direct report of Steve. That team had seen a lot of leadership changes over the last number of years. They were contemplating what to do with that open role and whether they really needed to -- to fill that -- backfill that position, and as part of my mandate I recommended that that team move over to me and specifically approached Beth about her assuming those responsibilities. So that was a very early change that was made in my organization when I assumed the role, is that pricing profitability team came over to us, and then Beth assumed the oversight and management of that team.
Q. So after that happened, Steve would have profit view leadership team meetings; true?
A. I was aware that there was -- Beth brought to me that there were meetings, correct, that she was not included in and that the lead on the team was included in but she was not, nor was I.
Q. And at that point in time you had her leading that group for you, correct?
A. Yes. Correct.

A. Okay.

BY MS. THOMPSON

Q. And, Heather, I just have a brief redirect, so just a couple quick questions.

A. Okay.

Q. What was the start date for your finance director position?

A. I don't recall the exact date. It was sometime in August of 2023.

Q. And what was your pay when you started the role?

A. My base salary was $250,000.

Q. Did you receive an increase when you started the role?

A. Yes.

Q. And how did your pay compare to those of your direct reports on your team after you took over?

A. So after I took over and when I got access to all of the HR records, obviously can see people's history, performance, total compensation packages, I observed there were highly compensated people on my team, a couple of them -- specifically, Beth was one. Overall her total compensation package exceeded mine.

Q. No further questions.

BY MS. GESSNER

Q. Just to follow since she -- she brought up something I didn't even bring up.

A. Yes.

Q. Given your long history with Wells Fargo, when people are in higher level leadership roles and then they get demoted, degraded, degraded, naturally they're going to be highly compensated in a much less role than what they had before; true?

MS. THOMPSON: Objection, form.

A. I -- from my experience, because I was also in a role where it changed and one could say that I was demoted, which I wasn't, but on paper it would look like a demotion, my compensation did not change. Correct.

Q. (By Ms. Gessner) And isn't that what happened here? Beth with was in a direct reporting relationship two layers up and then she's moved down three layers and the only thing that didn't change was her compensation, at least in those moves, correct?

MS. THOMPSON: Objection. Objection, form.

Q. (By Ms. Gessner) Bad question. Let me ask that again. I mean, you said that you were -- she was highly compensated. When you saw that -- and you

knew that she had been releveled at least twice before you took over the role; true?

MS. THOMPSON: Objection, form.

A. Correct. And I knew the history, correct. Yeah. And I would just raise the point that I also was in a role like that prior to this role two roles ago. Beth and I have a very similar I think level of experience. I was a director. I reported up to the head of wholesale at the time, so two down from CFO. Then we went through a big reorganization where wholesale was divided up into two separate businesses, so the corporate investment bank and then the commercial bank. At that point we had a lot of reorganizations, so I would say I've had a similar career track. So the point is I just -- that we're making is that my compensation was -- was -- for my role, my compensation should have been comparable.

Q. And when you were demoted or releveled and your position was changed, you had not just asked for any kind of accommodation for a disability; true?

A. Correct.

MS. THOMPSON: Objection; form.

Q. (By Ms. Gessner) And again, you hadn't just been on -- you had not taken an FMLA leave and then your