# Exhibit M

## FMLA Approval Letter
## Wells Fargo 001190-Wells Fargo 001200

Lincoln Financial Group®

Lincoln Financial Group
Leave Service Department
PO Box 49410
Charlotte, NC 28277

January 9, 2024

Ms. BETH ARBUCKLE
956 GARDENIA STREET
FORT MILL, SC 29708-0000

RE: Wells Fargo & Company
Leave Acknowledgment
Leave ID#: 15207183

| | |
|---|---|
| ***Why You and Your Manager Are Receiving This Notice*** | As the leave administrator for Wells Fargo, Lincoln Financial Group received your request for Certified Medical Leave on January 9, 2024.<br><br>You have indicated that your leave will begin on **March 16, 2024**.<br><br>**Managers, please be sure to read this letter and refer to the important Manager Information section below for next steps.** |
| ***What You Need to Know*** | The above leave type is not covered under the Family & Medical Leave Act (FMLA) therefore, you do not have job protection under this leave. |
| ***What You Need to Do*** | **Complete** Section I of the Certification of Health Care Provider Form<br><br>**Give** the Certification of Health Care Provider Form to the healthcare provider for completion of Section II.<br><br>**Submit** all sections of the completed Certification of Health Care Provider Form to us at 866-214-7839, e-mail to wellsfargo@lfg.com, or mail to the address listed above. Allow two (2) business days for the documents to be reviewed prior to following up with your assigned representative.<br><br>• It is your responsibility to ensure Lincoln Financial Group receives the completed Certification of Health Care Provider Form, whether you or your healthcare provider submit the form.<br>• The completed documentation is required by March 30, 2024.<br><br>**Retain** a copy of the completed Certification of Health Care Provider Form for your records. |


Case 3:24-cv-01068-FDW-MTO Document 23-13 Filed 01/08/26 Page 2 of 12
CONFIDENTIAL
WELLS FARGO 001190

| | |
|---|---|
| | **Apply** for your state benefits if you work in a state that offers paid leave benefits. If you are unsure if you are in a state that offers these benefits or how to file for your state benefits, reference the enclosed state benefit instructions. If you have further questions contact Lincoln Financial Group at 866-213-2937. |
| ***What Happens Next*** | You will receive status updates throughout the course of your absence.<br><br>Please follow all instructions to ensure timely administration of your leave.<br><br>If Lincoln Financial Group does not receive timely and appropriate documentation to support your request for this leave of absence, your leave will be denied and your time away from work may be subject to corrective action, up to and including termination. |
| ***Questions*** | If you have any questions, contact your Lincoln Financial Group representative using the information provided in the signature below.<br><br>You may also access www.mylincolnportal.com, to check the status of your request. First time users will need to create a login using the Company Code "Wells." |
| ***Manager Information*** | You are receiving a copy of this letter to update you on the status of your employee's leave.<br><br>***What you need to do:***<br>**Review and complete applicable action items outlined in Managers: Leave of Absence Guide article in HR Services & Support.** You can either use the search function in HR Services & Support or go to HR Services & Support, use the HR Information tab at the top of the page, go to time and absence on the left-hand navigation bar, then go to leave of absence on left-hand navigation bar and locate article entitled Managers: Leave of Absence Guide.<br><br>***What you need to know:***<br>Lincoln Financial Group will continue to provide updates on any status changes throughout your employee's leave.<br><br>Review all communications related to your employee's leave and perform any actions as requested as soon as possible.<br><br>**DO NOT** TAKE ANY CORRECTIVE ACTION OR REPLACE THE EMPLOYEE'S POSITION UNTIL CONSULTING WITH ER SOLUTIONS FIRST. Complete the Employee Relations eform to request the consultation.<br><br>If you have any questions, contact the Lincoln Financial Group representative using the information provided in the signature line below. |


Case 3:24-cv-01068-FDW-MTO Document 23-13 Filed 01/08/26 Page 3 of 12
CONFIDENTIAL WELLS FARGO 001191

Sincerely,

KRISTEN JACKSON
Office Phone: (866) 213-2937 Ext. 89142
Office Fax: 866-214-7839
Email: wellsfargo@lfg.com

Attachments: Medical Leave Guide for Team Members
State Leave Guide Insert
Certification of Health Care Provider Form

Lincoln Financial Group

Lincoln Financial Group
Leave Service Department
PO Box 49410
Charlotte, NC 28277

January 9, 2024

Ms. BETH ARBUCKLE
956 GARDENIA STREET
FORT MILL, SC 29708-0000

RE: Wells Fargo & Company
Leave Acknowledgment
Leave ID#: 15207183

| | |
|---|---|
| ***Why You and Your Manager Are Receiving This Notice*** | As the leave administrator for Wells Fargo, Lincoln Financial Group received your request for Certified Medical Leave on January 9, 2024.<br><br>You have indicated that your leave will begin on **March 16, 2024**.<br><br>**Managers, please be sure to read this letter and refer to the important Manager Information section below for next steps.** |
| ***What You Need to Know*** | The above leave type is not covered under the Family & Medical Leave Act (FMLA) therefore, you do not have job protection under this leave. |
| ***What You Need to Do*** | **Complete** Section I of the Certification of Health Care Provider Form<br><br>**Give** the Certification of Health Care Provider Form to the healthcare provider for completion of Section II.<br><br>**Submit** all sections of the completed Certification of Health Care Provider Form to us at 866-214-7839, e-mail to wellsfargo@lfg.com, or mail to the address listed above. Allow two (2) business days for the documents to be reviewed prior to following up with your assigned representative.<br><br>• It is your responsibility to ensure Lincoln Financial Group receives the completed Certification of Health Care Provider Form, whether you or your healthcare provider submit the form.<br>• The completed documentation is required by March 30, 2024.<br><br>**Retain** a copy of the completed Certification of Health Care Provider Form for your records. |


Case 3:24-cv-01068-FDW-MTO Document 23-13 Filed 01/08/26 Page 5 of 12
CONFIDENTIAL WELLS FARGO 001193

| | |
|---|---|
| | **Apply** for your state benefits if you work in a state that offers paid leave benefits. If you are unsure if you are in a state that offers these benefits or how to file for your state benefits, reference the enclosed state benefit instructions. If you have further questions contact Lincoln Financial Group at 866-213-2937. |
| ***What Happens Next*** | You will receive status updates throughout the course of your absence.<br><br>Please follow all instructions to ensure timely administration of your leave.<br><br>If Lincoln Financial Group does not receive timely and appropriate documentation to support your request for this leave of absence, your leave will be denied and your time away from work may be subject to corrective action, up to and including termination. |
| ***Questions*** | If you have any questions, contact your Lincoln Financial Group representative using the information provided in the signature below.<br><br>You may also access www.mylincolnportal.com, to check the status of your request. First time users will need to create a login using the Company Code "Wells." |
| ***Manager Information*** | You are receiving a copy of this letter to update you on the status of your employee's leave.<br><br>***What you need to do:***<br>**Review and complete applicable action items outlined in Managers: Leave of Absence Guide article in HR Services & Support.** You can either use the search function in HR Services & Support or go to HR Services & Support, use the HR Information tab at the top of the page, go to time and absence on the left-hand navigation bar, then go to leave of absence on left-hand navigation bar and locate article entitled Managers: Leave of Absence Guide.<br><br>***What you need to know:***<br>Lincoln Financial Group will continue to provide updates on any status changes throughout your employee's leave.<br><br>Review all communications related to your employee's leave and perform any actions as requested as soon as possible.<br><br>**DO NOT** TAKE ANY CORRECTIVE ACTION OR REPLACE THE EMPLOYEE'S POSITION UNTIL CONSULTING WITH ER SOLUTIONS FIRST. Complete the Employee Relations eform to request the consultation.<br><br>If you have any questions, contact the Lincoln Financial Group representative using the information provided in the signature line below. |


Case 3:24-cv-01068-FDW-MTO Document 23-13 Filed 01/08/26 Page 6 of 12
CONFIDENTIAL WELLS FARGO 001194

Sincerely,

KRISTEN JACKSON
Office Phone: (866) 213-2937 Ext. 89142
Office Fax: 866-214-7839
Email: wellsfargo@lfg.com

Attachments: Medical Leave Guide for Team Members
State Leave Guide Insert
Certification of Health Care Provider Form

# Medical Leave guide for employees

WELLS FARGO

This guide explains your responsibilities as an employee while you are on a leave of absence.

| | |
|---|---|
| **At the beginning of your leave** | ***Notify* your manager of the time you have requested for your leave and your expected return date, if known.** |
| | ***Record*** accrued unused PTO in the absence application of Workday for any short-term disability (STD) waiting period, if applicable. |
| | ***Refer*** to the Paid Time Off (PTO) section under HR Services & Support for more information, if you need additional time away from work outside of your leave of absence(s). |
| | ***Give*** your health care provider a copy of the Medical Certification Form and ask him or her to complete, date and sign it, and return to our claim and leave administrator, Lincoln Financial Group, as directed in its communications. |
| | ***Apply*** for State Disability Insurance (SDI) if you work in a participating state and forward a copy of your first SDI pay stub to our claim and leave administrator, Lincoln Financial Group. |
| | ***Review*** all correspondence sent to you by our claim and leave administrator, Lincoln Financial Group, and perform any actions as requested. |
| | Your commuter benefit election (including parking, train, bus, subway, ferry or vanpool) is typically canceled when you go on a leave of absence. If you have any questions, log into your HealthEquity account on the HR Services & Support site or go to participant.wageworks.com, or call HealthEquity at 877.924.3967. |
| | ***Ensure*** you have a delegate established in My Concur and that all outstanding transactions are addressed. |
| **During your leave of absence** | ***Stay*** in contact with your manager at key points during your leave. It is important for you to participate in two-way conversation(s) with your manager to help:<br>• Clarify when or if you will be able to return to work on the estimated return to work date<br>• Inform your manager of any help or accommodation that may allow you to return to work sooner<br>• Explain what kind of accommodation you will need when you return to work, if any |
| | ***Verify*** that your health care provider has submitted all the paperwork that our leaves and claims administrator requires to make a decision on the approval of your leave. |
| | ***Read*** all communications you receive from our leaves and claims administrator. Be sure to review all enclosures to understand your rights and responsibilities. |
| | ***Review*** your approved-through date. If you are unable to return by the approved-through date:<br>• Contact our claim and leave administrator at 1-877-HRWELLS (1-877-479-3557), to discuss extending your leave, which will require updated information from the health care provider. Refer to the medical certification guidelines under the Medical Leave section of the Employee Handbook for more information<br>• Advise your manager that you have requested an extension. |
| | ***Record*** accrued unused PTO in the absence application of Workday if your leave of absence is taken intermittently (Medical and Maternity Leaves only). |

***Make*** timely payments of your benefit premiums. You will receive a letter from the HR Service Center telling you how to continue your health and welfare benefit coverage and how to make payments while on an unpaid leave. If you have any questions about this process, contact the HR Service Center at 1-877-HRWELLS (1-877-479-3557).

***Remember*** if you have a court order that requires garnishment of your wages the court may allow for an exemption to the garnishment while you are on short-term disability. You may want to contact the court that issued the order to determine if an exemption is available to you and the next steps to take in order to request the exemption with the court.

Please note, this type of exemption, generally, does not apply to child or spousal support orders.

***Contact*** your manager if you would like to take a one-time lump-sum payout of accrued, unused PTO during your approved leave of absence (this does not apply to employees on a Paid Parental Leave).

**Your return from leave**

***Contact*** your manager at least 5 calendar days *before* your return from leave date to confirm you will be returning as planned.

***Obtain*** a release to return to work note from your health care provider on or before your return; write your name and employee ID:

- fax it to Lincoln Financial Group at 1-866-214-7839 or mail it to:

  The Lincoln National Life Insurance Company Disability Claims
  PO Box 49410
  Charlotte, NC 28277

***Complete*** the following if your health care provider has released you to return from leave with restrictions, including a reduced work schedule:

- Contact your manager prior to your return, to advise him or her that you have restrictions so a determination can be made about accommodating them
- Contact our leaves and claims administrator, Lincoln Financial Group, at 1-877-HRWELLS (1-877-479-3557), to report your restrictions
- Ensure your release to return to work note outlines your restrictions

***Confirm*** with your manager that he or she has reported your return to the HR Service Center or through Workday unless you are returning with medical restrictions or on a reduced work schedule.

***Contact*** Accommodations Management at 1-877-HRWELLS (1-877-479-3557) if you and/or your manager need assistance exploring accommodations that can be made available to assist you with your return to work efforts. Accommodations Management is a resource available to employees with disabilities or medical restrictions to explore successful solutions and reasonable accommodations to successfully perform their jobs.

***Reapply*** for commuter subsidies, which include but are not limited to car allowance, parking allowance, or commuter express programs.

***Reenroll*** in your commuter benefit elections (including parking, train, bus, subway, ferry or vanpool) at https://participant.wageworks.com or by calling HealthEquity at 1-877-924-3967, 24 hours a day, 7 days a week, excluding some holidays.

***Remember***, if you currently have an Internal Commercial Card, your account has been systematically deactivated immediately upon the beginning of your leave. After you have returned from leave, the card will be systematically reactivated if you are compliant with all Internal Commercial Card policies and procedures. If the account has been closed by Internal Commercial Card, it will not be reopened.

## State Paid Leave Benefits

If you work in one of the States listed below you may be **eligible and required** to file a Disability or Paid Family Leave claim with that state. Your Wells Fargo & Company STD, Paid Parental Leave, or Critical Caregiving Leave will be reduced by the amount of the benefit you receive from the state.

This is called an Offset to your paid benefit from Wells Fargo & Company. Example:

| | |
|---|---|
| WF Regular Weekly Pay: | $2,500 |
| State Benefit aka Offset: | $1,000 |
| You will be paid by WF: | $1,500 |

| State | Name of Benefit | Contact | View site for eligibility and how to file claim |
|---|---|---|---|
| CA | CA State Disability Insurance | State | https://edd.ca.gov/en/Disability/SDI_Online |
| CA | CA Paid Family Leave | State | https://edd.ca.gov/en/Disability/SDI_Online |
| CA | San Francisco Paid Parental Leave Ordinance | Lincoln Financial Group | Lincoln Financial Group administers these benefits; speak with your Lincoln Financial Group Case Manager |
| CO | CO Family Leave Insurance | State | https://famli.colorado.gov/ |
| CT | CT Paid Family Medical Leave | State | https://ctpaidleave.org |
| DC | DC Paid Family Leave | City | https://does.pflbas.dc.gov |
| HI | HI Temporary Disability Insurance | Lincoln Financial Group | Lincoln Financial Group administers these benefits; speak with your Lincoln Financial Group Case Manager |
| MA | MA Paid Family Medical Leave | State | https://www.mass.gov/paid-family-and-medical-leave-information-for-massachusetts-employers |
| NJ | NJ Temporary Disability Insurance | Lincoln Financial Group | Lincoln Financial Group has a state approved plan offered by this state. Talk with your Lincoln Financial Group Case Manager |
| NJ | NJ Family Leave Insurance | State | https://nj.gov/labor/myleavebenefits/worker/fli/ |
| NY | NY Disability Benefits Leave | Lincoln Financial Group | Lincoln Financial Group has a state approved plan offered by this state. Talk with your Lincoln Financial Group Case Manager |
| NY | NY Paid Family Leave | Lincoln Financial Group | Lincoln Financial Group has a state approved plan offered by this state. Talk with your Lincoln Financial Group Case Manager |
| OR | OR Paid Family Leave | State | https://paidleave.oregon.gov |
| PR | PR Statutory Disability | Territory | https://www.trabajo.pr.gov/sinot.asp |
| RI | RI Temporary Disability Insurance | State | https://dlt.ri.gov/individuals/temporary-disability-caregiver-insurance |
| RI | RI Temporary Caregiver Insurance | State | https://dlt.ri.gov/individuals/temporary-disability-caregiver-insurance |
| WA | WA Paid Family Medical Leave | State | https://paidleave.wa.gov/ |

**Lincoln Financial Group®**

# Certification of Health Care Provider For Employee's Serious Health Condition (Family and Medical Leave Act)

**Lincoln Financial Group**
**Leave Service Department**
**P.O. Box 49410**
**Charlotte, NC 28277**
**Phone: (866) 213-2937**
**Fax: 866-214-7839**

**Leave ID#:** 15207183

Wells Fargo & Company

**Employee Name**: BETH ARBUCKLE ______________________________

**Employee Date of Birth:** ______________________ **Employee Phone:** (________)______________________

| | | |
|---|---|---|
| **Leave Request:** 01/09/2024 | **Begin Date:** 03/16/2024 | **End Date:** 04/26/2024 |
| **Leave Type:** a leave of absence | **Leave Reason:** Certified Medical Leave | |

**INSTRUCTIONS TO EMPLOYEE**: Please complete above and Section I before providing this form to your medical provider. This form will need to be completed and returned to Lincoln Financial Group in order for a decision to be rendered on your leave of absence request. The FMLA permits an employer to require that you submit a medical certification to support a request for FMLA leave. Failure to provide a complete and sufficient medical form in a timely manner may result in a denial.

************SECTION I: TO BE COMPLETED BY EMPLOYEE/PATIENT*******************************************

**<u>Medical Release</u>:** I authorize the release and verification of medical information in order to process this FMLA request.

Signature of Employee: ______________________________________________ Date: ____________________

************SECTION II: TO BE COMPLETED BY A QUALIFIED HEALTH CARE PROVIDER***********************

**INSTRUCTIONS TO THE HEALTH CARE PROVIDER**: Your patient has requested leave under the FMLA. <u>Please answer all questions</u> so a determination for FMLA coverage can be made.

For residents of California, do not disclose the underlying diagnosis unless you have received consent from the patient.

**Note**: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic Information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

**1. <u>MEDICAL FACTS/TREATMENT</u>:**

A serious health condition is an illness, injury, impairment, or physical or mental condition that involves inpatient care or continuing treatment by a health care provider.

**(1A)**: Describe the patient's medical facts related to the serious health condition(providers in California should not provide underlying diagnosis without patient's prior approval): ______________________________________________

______________________________________________

______________________________________________

**<u>IF</u>** the medical condition is **<u>pregnancy</u>**, please provide the expected delivery date: ______________________

**(1B)** Was the patient seen within seven (7) days of the requested leave begin date? YES☐ NO☐

**(1C)** Was any medication prescribed (over-the-counter medication does not apply)? YES☐ NO☐

**(1D)** Will the patient need to have treatment visits at least twice per year due to the condition? YES☐ NO☐

If yes, provide the actual or estimated dates of treatment: ______________________________

**(1E)** Was the patient admitted for an overnight stay in a hospital, hospice, or medical care facility? YES☐ NO☐

If yes, please provide: Admission date: ____________ Discharge date: ______________________

**(1F)** Was the patient referred to another health care provider(s) for evaluation or treatment? YES☐ NO☐

If yes, type of provider (e.g. neurologist, cardiologist): ______________________________

Nature of the treatment: ______________________________________________

CONFIDENTIAL



WELLS FARGO 001199

2. **LEAVE TYPE/DURATION/FREQUENCY**: Select a leave type and provide all required information.
   **An answer must be provided for each category**:
   **Leave Type**: intermittent, reduced work schedule and/or continuous
   **Leave Dates**: leave begin date and end date
   **Frequency** (if intermittent/reduced work schedule): estimate time the employee may need to miss work as a result of the serious health condition. Be as specific as you can; terms such as "n/a," "unknown," "undetermined," or "as needed" are not acceptable.

   **Note: For an extension**: If you anticipate any gaps in time from the end date shown on page one (1) and begin date provided below.

   **(2A)** ☐ **Continuous:** Continuous leave is defined as one single period for more than three (3) consecutive, full calendar days, unless hospitalized.
   **Leave Dates:** Leave begin date: ______________________________ Leave end date: ______________________________

   **AND/OR**
   **(Complete both boxes ONLY if an intermittent or reduced work schedule AND a continuous leave is needed.)**

   **(2B)** ☐ **Intermittent:** Intermittent leave is defined as recurring absences taken at separate periods of time.
   **Leave Dates:** Leave begin date: ________________________ Leave end date: ______________________________
   **Frequency:** Based on your medical knowledge, experience, and examination of the patient, please estimate a frequency of leave. **If unknown, a reasonable range should be provided. Only provide one selection from the options below:**

   Frequency: ____________ times per ____________ week(s) OR ____________ month(s)

   Duration: ____________ hours OR _____________ day(s) per episode

   **(2C)** ☐ **Reduced Work Schedule:** It will be medically necessary for the patient to work a reduced work schedule as a result of the medical condition. Provide the following details regarding the hours the patient is able to work.
   **Leave Dates:** Leave begin date: ________________________ Leave end date: ____________________________

   Number of hours patient can work each day: ________________________
   Number of hours patient can work each week: _______________________

   Recommended duration for the reduced work schedule outlined above.

   ☐ 90 Days ☐ 6 Months ☐ 1 Year ☐ Other (Please indicate): ___________________________

3. **ABSENCE FROM WORK:** Check **ALL** that apply. As a result of the stated serious health condition(s) it is medically necessary for the patient to be absent from work:

   ☐ Due to incapacity caused by possible episodic flare-ups (of a chronic condition)
   ☐ To attend follow-up treatment appointments.
   Probable number of treatments needed: ______________________ probable interval of treatments needed: _______________________
   Actual dates of treatment: _________________________________ Time period of recovery from treatment: _____________________

I certify by signing below that the information provided in this medical certification (2 pages) is accurate to the best of my knowledge.

Signature of Provider: __________________________________________________________ Date: ___________________________________

Print Provider Name: ___________________________________________________________ Tel: (______) _________________________

Medical Credentials (Example: MD, DO, ***DC**): _____________________________________ Fax: (______) __________________________

***IF** the medical credential above is listed as "**DC**," please confirm if x-rays have been taken for the patient's condition?

YES ☐ NO ☐

**Please Fax** the completed medical form to Lincoln Financial Group at the number listed at the top of this page and retain a copy of this form and a printed fax confirmation of delivery for your records. If you have any questions, please call Leave Services at the number at the top of this page. If you prefer, this form can be mailed to Leave Services at the address at the top of this page.


CONFIDENTIAL WELLS FARGO 001260