# Exhibit N

## Wells Fargo 000132-000159
## Finance Director Applications



For: R-221879 Finance Director

**Phone Number** +1 704-641-7237 (Personal Cell)
**Email** Beth.Arbuckle@wellsfargo.com

Resume BA 2022.pdf

**Phone Number** +1 704-641-7237 (Work - Personal Cell)
**Email** Beth.Arbuckle@wellsfargo.com (Work)
**Confirmed Opt-In Email Status** Not Requested
**Jobs Applied to** 3

# Overview

## Overview

**Current Job** 3 years
**Total Jobs** 4
**Total Experience** 9 years

Experience

KOSA/INVISTA
FINANCIAL ANALYST
January 2001 - January 2004 (3 years, 1 month)

EATON CORPORATION
SENIOR COST ANALYST
January 2000 - January 2001 (1 year, 1 month)

DYSTAR L.P,
COST ACCOUNTANT
January 1995 - January 2000 (5 years, 1 month)

MCKINSEY & COMPANY

RESEARCH & INFORMATION ASSISTANT
January 1995 - January 1995 (1 month)

Websites

none entered

Resume / Cover Letter
Resume BA 2022.pdf

Education

none entered

Candidate Information

**Added By** Beth Arbuckle

## Personal Information

Summary

Sex
Female

Race/Ethnicity
White (United States of America)

Veterans Status
I am not a Veteran

Indicated Disability Status

Date of Birth

Age

Sexual Orientation

Gender Identity

## Application Changes

Application Changes

| Updated By | Updated On |
| --- | --- |

### Candidate Communication

| Email or Push Notification Successfully Sent? | SMS Successfully Sent? |
| --- | --- |

### Tags / Pools

Tags / Pools

none entered

## Additional Data

### Additional Data

**View As Of** 07/15/2025

Manage Interview Feedback Exceptions

| Interview Round | Missing Feedback Exception For | Missing Feedback Rationale |
| --- | --- | --- |

Officer Title Recruiting

**Officer Title**

## Screening

### Assessments

none entered

### Background Check History

none entered

## Interview

### Interview Feedback

none entered

### Interview Schedule

none entered

### Interview Feedback Exceptions History

| Manage Interview Feedback Exceptions | | |
|---|---|---|
| Interview Round | Missing Feedback Exception For | Missing Feedback Rationale |

## Questionnaire Results

### Initial Application

**Questionnaire** Primary Internal Questionnaire

**Respondent** Beth Arbuckle
**Submission Date** 10/28/2022

| Question | Answers |
|---|---|
| An employee must work a set period of time in a position before applying for another job. The period of time required is documented in your country's employee handbook. Have you met this requirement? (All displaced employees and employees on a job search leave, regardless of time in role should respond Yes) Or, if you have not met the requirement, do you have your manager's permission to apply for other positions? | **Answers** Yes, I have been in my position for the applicable period of time, or I am a displaced employee or on job search leave, and therefore meet the time-in-job requirement. |
| US candidates: Have you been placed on formal warning or final notice in the past 12 months? International candidates: are you currently under a PIP or any other employee relations investigation? This does not include displacement notices anywhere globally. | **Answers** No |
| Are you currently on a visa sponsored by Wells Fargo, or will you now or in the future require visa sponsorship or transfer of visa sponsorship to work in the country you are applying to work in? (For the US, this includes sponsorship of H-1B, TN, or E-3 visas. Persons currently on F-1 visas completing curricular or optional practical training should also answer yes) | **Answers** No |
| Are you related to, or do you have a close personal relationship with any employees, temporary workers, contract employees, or board members of Wells Fargo or its subsidiaries? | **Answers** No |

## Attachments

### Attachments

Resume / Cover Letter

WELLS FARGO

| Attachment | |
|---|---|
| Resume BA 2022.pdf | |

Other Documents

| Attachment | Category | |
|---|---|---|

# Personal

## Personal Information

Summary

Sex

Female

Race/Ethnicity

White (United States of America)

Veterans Status

I am not a Veteran

Indicated Disability Status

Date of Birth

Age

Sexual Orientation

Gender Identity

# Employment Offer

## Offer Details

none entered

## Attachments

none entered

# Candidate

## Job Application Details Card

Job Application Details

**Job Requisition** R-221879 Finance Director (Filled)
**Location** 144039-NC-550 S Tryon
**Date Applied** 10/28/2022 08:01:10 PM
**Source** Internal Application -> Internal Application



April Frazer
Hiring Manager



Donna Lloyd
Recruiter

**Disposition** Desired Qualifications, More Qualified Candidates

## Education

Education

none entered

## Work History

Work History

**Current Job** 3 years

WELLS FARGO

**Total Jobs** 4
**Total Experience** 9 years

Experience

KOSA/INVISTA
FINANCIAL ANALYST
January 2001 - January 2004 (3 years, 1 month)

EATON CORPORATION
SENIOR COST ANALYST
January 2000 - January 2001 (1 year, 1 month)

DYSTAR L.P,
COST ACCOUNTANT
January 1995 - January 2000 (5 years, 1 month)

MCKINSEY & COMPANY
RESEARCH & INFORMATION ASSISTANT
January 1995 - January 1995 (1 month)

## Credentials

Websites

none entered

## My Upcoming Reminders

Personal Reminders

none entered

## Resume Attachment

Resume / Cover Letter
Resume BA 2022.pdf

## Tags / Pools

Tags / Pools

none entered

# Beth A. Arbuckle

[redacted] [redacted]

## Professional Experience

**WELLS FARGO BANK, N.A. — Charlotte, NC**
**HEAD OF ENTERPRISE DEPOSIT AND LOAN FORECASTING, *SVP*** *2019 – Present*
Led a Center of Excellence forecasting function responsible for all aspects of forecasting a $1.3 trillion Deposit Portfolio and $0.9 trillion Loan Portfolio, including balance, yield and matched maturity cost of funds. Team also responsible for forecasting $4.8B of deposit related fees.

- Partnered closely with Lines of Businesses and Corporate Treasury to deliver multiple forecasts including CCAR, MCST, RRP, monthly ALCO and daily liquidity, balancing enterprise needs with Line of Business profitability
- Forecasting Included ownership of qualitative and quantitative models, some directly owned, and some jointly owned with ALM
- Supported deposit gathering business pricing strategies, participating in pricing forums and hosting the Wholesale Deposit Forum
- Established enterprise level daily deposit reporting for the CEO to monitor day over day changes

**PORTFOLIO ANALYTIC AND CONTROL EXECUTIVE, *SVP*** *2017 – 2019*
Responsible for creating and controlling data to deliver regulatory and management reports on enterprise-wide collateral of ~$680 billion.

- Responsible for interpreting and complying with regulatory requirements (i.e., RRP and Reg YY) related to collateral reporting, including quarterly in person updates to regulators
- Present monthly updates to the Corporate Treasurer on the firms collateral position as well as status on analytics to strengthen and increase liquidity, generate revenue and support cross functional partnerships
- Established analytics to support a reduction of risk weighted assets resulting in ~$32-$40 million economic value add per year
- Voting member of the Collateral Management Governance Committee, a subcommittee of the Liquidity Risk Management Operating Committee

**FINANCE TRANSITION LEAD, SVP** *2016 – 2017*
Overall point person for transition efforts in support of efficiency initiative for the Finance functional area, providing leadership for 26 work streams designed to deliver $60 million in efficiencies.

**GROUP FINANCE OFFICER, SVP** *2013 – 2016*
Provided direction and control of the financial planning function for the Wholesale Services Group with an annual spend of $1.6 billion, which included Treasury Management, Wholesale Technology, Wholesale Loan Services, Innovation & Payment Strategies, Wholesale Marketing & Communications and Wholesale Business Solutions. Supported the $3 billion (revenue) Treasury Management Product Set including pricing models, product P&L and activity-based cost attribution.

- Continued enhancement of fixed and variable cost modeling a critical component in the Treasury Management pricing strategy and technology investment strategy
- Developed detail analysis of FTE and Contractors in Technology, including onshore and offshore, used to determine optimal mix of FTE versus contractor resources resulting in over 370 contractor conversions to FTE to date with annual save of $13 million
- Partnered with Wholesale ALCO to model Deposits and ECR behavior in a rising rate environment and improve overall Wholesale deposit modeling process

**FINANCE MANAGER, VP** *2008 – 2013*

Led the financial planning and analysis function for Wholesale Services Group which included ensuring the indirect non-interest expense allocation process worked smoothly and effectively, across all Business Lines within Wholesale Banking.

- Successfully designed and executed a cost development, billing and reporting platform, allocating over $3.5 billion in expenses annually across the enterprise on time and on budget
- Finance liaison between Business Unit Finance and Corporate Technology and Operations Finance functions

**PRODUCT CONTROLLER, VP** *2006 – 2008*

Directed the finance and control function for the Treasury Management Business at Wachovia which generated $1.2 billion in net income for 2008. Team responsible for revenue, expense and balance sheet planning/forecasting.

- Partnered with Business Line Management to identify opportunities for expense reductions resulting in 6% or $8 million save
- Chaired the Corporate and Investment Bank Deposit Committee ($33 billion in deposits); improved partnership with Corporate Treasury and improved business unit transparency and accountability

**FINANCE MANAGER, VP** *2004 -2006*

Managed a team responsible for providing monthly financial results to Investment Bankers in the Corporate and Investment Bank.

- Redesigned Industry Financials and developed quarterly opportunities reports used by senior management to drive customer penetration
- Leader in the selection, development and implementation of the Investment Bank Business Intelligence Tool (Siebel application); a $1.4 million project

### KOSA/INVISTA — Charlotte, NC

Company is a $3 billion global manufacturer of polyester products and subsidiary of Koch Industries.

**FINANCIAL ANALYST,** *2001-2004*

Responsible for monthly performance reporting, including written narratives and analysis of financial results provided to Executive management and Board of Directors. Administered the financial database used for performance reporting for firm with 15 manufacturing sites in 5 countries and revenues of $3 billion annually.

### EATON CORPORATION – Kings Mountain, NC

**SENIOR COST ANALYST***, 2000 -2001*

Collaborated with Engineering and Operations groups at the heavy-duty transmission manufacturing site to determine cost of goods sold; included benchmarking versus other Eaton sites.

### DYSTAR LP— Charlotte, NC

Leading provider of products and services to the textile industry with annual sales of $1.2 billion

**COST ACCOUNTANT,** *1995 -2000*

Participated in the development, and responsible for maintenance, of activity-based costing model. Cost drivers defined as labor and machine hours.

### McKINSEY & COMPANY— Cleveland, OH

**RESEARCH & INFORMATION ASSISTANT,** *1994-1995*

Fulfilled business and industry research requests for consultants

## EDUCATION/TRAINING

**McCOLL SCHOOL OF BUSINESS AT QUEENS UNIVERSITY – Charlotte, NC**

Master of Business Administration

**THE OHIO STATE UNIVERSITY – Columbus, OH**

Bachelor of Arts, Political Science

**CERTIFIED PUBLIC ACCOUNTANT**



For: R-225747 Finance Director-WIM Lending

| | |
|---|---|
| **Phone Number** | +1 704-641-7237 (Personal Cell) |
| **Email** | Beth.Arbuckle@wellsfargo.com |

Resume BA Nov 2022.pdf

| | |
|---|---|
| **Phone Number** | +1 704-641-7237 (Work - Personal Cell) |
| **Email** | Beth.Arbuckle@wellsfargo.com (Work) |
| **Confirmed Opt-In Email Status** | Not Requested |
| **Jobs Applied to** | 3 |

# Overview

## Overview

| | |
|---|---|
| **Current Job** | 3 years |
| **Total Jobs** | 4 |
| **Total Experience** | 9 years |

Experience

KOSA/INVISTA
FINANCIAL ANALYST
January 2001 - January 2004 (3 years, 1 month)

EATON CORPORATION
SENIOR COST ANALYST
January 2000 - January 2001 (1 year, 1 month)

DYSTAR L.P,
COST ACCOUNTANT
January 1995 - January 2000 (5 years, 1 month)

MCKINSEY & COMPANY

RESEARCH & INFORMATION ASSISTANT
January 1995 - January 1995 (1 month)

Websites

none entered

Resume / Cover Letter
Resume BA Nov 2022.pdf

Education

none entered

Candidate Information

**Added By** Beth Arbuckle

## Personal Information

Summary

Sex
Female

Race/Ethnicity
White (United States of America)

Veterans Status
I am not a Veteran

Indicated Disability Status

Date of Birth

Age

Sexual Orientation

Gender Identity

## Application Changes

Application Changes

| Updated By | Updated On |
|---|---|

### Candidate Communication

| Email or Push Notification Successfully Sent? | SMS Successfully Sent? |
|---|---|

### Tags / Pools

Tags / Pools

none entered

## Additional Data

### Additional Data

**View As Of** 07/15/2025

Manage Interview Feedback Exceptions

| Interview Round | Missing Feedback Exception For | Missing Feedback Rationale |
|---|---|---|

Officer Title Recruiting

**Officer Title**

## Screening

### Assessments

none entered

### Background Check History

none entered

## Interview

### Interview Feedback

none entered

### Interview Schedule

none entered

### Interview Feedback Exceptions History

| Manage Interview Feedback Exceptions | | |
|---|---|---|
| Interview Round | Missing Feedback Exception For | Missing Feedback Rationale |

## Questionnaire Results

### Initial Application

**Questionnaire** Primary Internal Questionnaire

**Respondent** Beth Arbuckle
**Submission Date** 11/10/2022

| Question | Answers |
|---|---|
| An employee must work a set period of time in a position before applying for another job. The period of time required is documented in your country's employee handbook. Have you met this requirement? (All displaced employees and employees on a job search leave, regardless of time in role should respond Yes) Or, if you have not met the requirement, do you have your manager's permission to apply for other positions? | **Answers** Yes, I have been in my position for the applicable period of time, or I am a displaced employee or on job search leave, and therefore meet the time-in-job requirement. |
| US candidates: Have you been placed on formal warning or final notice in the past 12 months? International candidates: are you currently under a PIP or any other employee relations investigation? This does not include displacement notices anywhere globally. | **Answers** No |
| Are you currently on a visa sponsored by Wells Fargo, or will you now or in the future require visa sponsorship or transfer of visa sponsorship to work in the country you are applying to work in? (For the US, this includes sponsorship of H-1B, TN, or E-3 visas. Persons currently on F-1 visas completing curricular or optional practical training should also answer yes) | **Answers** No |
| Are you related to, or do you have a close personal relationship with any employees, temporary workers, contract employees, or board members of Wells Fargo or its subsidiaries? | **Answers** No |

## Attachments

### Attachments

Resume / Cover Letter

| Attachment | |
|---|---|
| Resume BA Nov 2022.pdf | |

Other Documents

| Attachment | Category | |
|---|---|---|

# Personal

## Personal Information

Summary

Sex

Female

Race/Ethnicity

White (United States of America)

Veterans Status

I am not a Veteran

Indicated Disability Status

Date of Birth

Age

Sexual Orientation

Gender Identity

# Employment Offer

## Offer Details

none entered

## Attachments

none entered

# Candidate

## Job Application Details Card

Job Application Details

**Job Requisition** R-225747 Finance Director-WIM Lending (Filled)
**Location** 141753-NC-Three Wells Fargo Center, Charlotte
**Date Applied** 11/10/2022 09:17:32 PM
**Source** Internal Application -> Internal Application



Jennifer Dice Madara
Hiring Manager



Amy Hutson
Recruiter

**Disposition** Desired Qualifications, More Qualified Candidates

## Education

Education

none entered

## Work History

Work History

**Current Job** 3 years

**Total Jobs** 4
**Total Experience** 9 years

Experience

KOSA/INVISTA
FINANCIAL ANALYST
January 2001 - January 2004 (3 years, 1 month)

EATON CORPORATION
SENIOR COST ANALYST
January 2000 - January 2001 (1 year, 1 month)

DYSTAR L.P,
COST ACCOUNTANT
January 1995 - January 2000 (5 years, 1 month)

MCKINSEY & COMPANY
RESEARCH & INFORMATION ASSISTANT
January 1995 - January 1995 (1 month)

## Credentials

Websites

none entered

## My Upcoming Reminders

Personal Reminders

none entered

## Resume Attachment

Resume / Cover Letter
Resume BA Nov 2022.pdf

## Tags / Pools

Tags / Pools

none entered

# BETH A. ARBUCKLE

[redacted]

## PROFESSIONAL EXPERIENCE

**WELLS FARGO BANK, N.A. — Charlotte, NC**
**HEAD OF ENTERPRISE DEPOSIT FORECASTING** *2019-2021 and* **LOAN FORECASTING, SVP** *2021- 2022*
Led a Center of Excellence forecasting function responsible for all aspects of forecasting a $1.3 trillion Deposit Portfolio and separately a $0.9 trillion Loan Portfolio, including balance, yield, and matched maturity cost of funds. Team also responsible for forecasting $4.8B of deposit related fees during the tenure.

- Partnered closely with Lines of Businesses and Corporate Treasury to deliver multiple forecasts including CCAR, MCST, RRP, monthly ALCO and daily liquidity, balancing enterprise needs with Line of Business profitability
- Forecasting Included ownership of qualitative and quantitative models, some directly owned, and some jointly owned with ALM
- Supported deposit gathering business pricing strategies, participating in pricing forums and hosting the Wholesale Deposit Forum
- Established enterprise level daily deposit reporting for the CEO to monitor day over day changes

**PORTFOLIO ANALYTIC AND CONTROL EXECUTIVE, *SVP*** *2017 – 2019*
Responsible for creating and controlling data to deliver regulatory and management reports on enterprise-wide collateral of ~$680 billion.

- Responsible for interpreting and complying with regulatory requirements (i.e., RRP and Reg YY) related to collateral reporting, including quarterly in person updates to regulators
- Present monthly updates to the Corporate Treasurer on the firms collateral position as well as status on analytics to strengthen and increase liquidity, generate revenue and support cross functional partnerships
- Established analytics to support a reduction of risk weighted assets resulting in ~$32-$40 million economic value add per year
- Voting member of the Collateral Management Governance Committee, a subcommittee of the Liquidity Risk Management Operating Committee

**FINANCE TRANSITION LEAD, SVP** *2016 – 2017*
Overall point person for transition efforts in support of efficiency initiative for the Finance functional area, providing leadership for 26 work streams designed to deliver $60 million in efficiencies.

**GROUP FINANCE OFFICER, SVP** *2013 – 2016*
Provided direction and control of the financial planning function for the Wholesale Services Group with an annual spend of $1.6 billion, which included Treasury Management, Wholesale Technology, Wholesale Loan Services, Innovation & Payment Strategies, Wholesale Marketing & Communications and Wholesale Business Solutions. Supported the $3 billion (revenue) Treasury Management Product Set including pricing models, product P&L and activity-based cost attribution.

- Continued enhancement of fixed and variable cost modeling a critical component in the Treasury Management pricing strategy and technology investment strategy
- Developed detail analysis of FTE and Contractors in Technology, including onshore and offshore, used to determine optimal mix of FTE versus contractor resources resulting in over 370 contractor conversions to FTE to date with annual save of $13 million
- Partnered with Wholesale ALCO to model Deposits and ECR behavior in a rising rate environment and improve overall Wholesale deposit modeling process

**FINANCE MANAGER, VP** *2008 – 2013*
Led the financial planning and analysis function for Wholesale Services Group which included ensuring the indirect non-interest expense allocation process worked smoothly and effectively, across all Business Lines within Wholesale Banking.

- Successfully designed and executed a cost development, billing and reporting platform, allocating over $3.5 billion in expenses annually across the enterprise on time and on budget
- Finance liaison between Business Unit Finance and Corporate Technology and Operations Finance functions

**PRODUCT CONTROLLER, VP** *2006 – 2008*
Directed the finance and control function for the Treasury Management Business at Wachovia which generated $1.2 billion in net income for 2008. Team responsible for revenue, expense, and balance sheet planning/forecasting.

- Partnered with Business Line Management to identify opportunities for expense reductions resulting in 6% or $8 million save
- Chaired the Corporate and Investment Bank Deposit Committee ($33 billion in deposits); improved partnership with Corporate Treasury and improved business unit transparency and accountability

**FINANCE MANAGER, VP** *2004 -2006*
Managed a team responsible for providing monthly financial results to Investment Bankers in the Corporate and Investment Bank.

- Redesigned Industry Financials and developed quarterly opportunities reports used by senior management to drive customer penetration
- Leader in the selection, development, and implementation of the Investment Bank Business Intelligence Tool (Siebel application); a $1.4 million project

## KOSA/INVISTA — Charlotte, NC
Company is a $3 billion global manufacturer of polyester products and subsidiary of Koch Industries.
**FINANCIAL ANALYST,** *2001-2004*
Responsible for monthly performance reporting, including written narratives and analysis of financial results provided to Executive management and Board of Directors. Administered the financial database used for performance reporting for firm with 15 manufacturing sites in 5 countries and revenues of $3 billion annually.

## EATON CORPORATION – Kings Mountain, NC
**SENIOR COST ANALYST***, 2000 -2001*
Collaborated with Engineering and Operations groups at the heavy-duty transmission manufacturing site to determine cost of goods sold; included benchmarking versus other Eaton sites.

## DYSTAR LP— Charlotte, NC
Leading provider of products and services to the textile industry with annual sales of $1.2 billion
**COST ACCOUNTANT,** *1995 -2000*
Participated in the development, and responsible for maintenance, of activity-based costing model. Cost drivers defined as labor and machine hours.

## McKINSEY & COMPANY— Cleveland, OH
**RESEARCH & INFORMATION ASSISTANT,** *1994-1995*
Fulfilled business and industry research requests for consultants

## EDUCATION/TRAINING

**McCOLL SCHOOL OF BUSINESS AT QUEENS UNIVERSITY – Charlotte, NC**
Master of Business Administration
**THE OHIO STATE UNIVERSITY – Columbus, OH**
Bachelor of Arts, Political Science
**CERTIFIED PUBLIC ACCOUNTANT**


CONFIDENTIAL WELLS FARGO 000149



For: R-272598 Finance Director

| | |
|---|---|
| **Phone Number** | +1 704-641-7237 (Personal Cell) |
| **Email** | Beth.Arbuckle@wellsfargo.com |

Resume Beth A 5.4.23.pdf

| | |
|---|---|
| **Phone Number** | +1 704-641-7237 (Work - Personal Cell) |
| **Email** | Beth.Arbuckle@wellsfargo.com (Work) |
| **Confirmed Opt-In Email Status** | Not Requested |
| **Jobs Applied to** | 3 |

# Overview

## Overview

| | |
|---|---|
| **Current Job** | 3 years |
| **Total Jobs** | 4 |
| **Total Experience** | 9 years |

Experience

KOSA/INVISTA
FINANCIAL ANALYST
January 2001 - January 2004 (3 years, 1 month)

EATON CORPORATION
SENIOR COST ANALYST
January 2000 - January 2001 (1 year, 1 month)

DYSTAR L.P,
COST ACCOUNTANT
January 1995 - January 2000 (5 years, 1 month)

MCKINSEY & COMPANY

RESEARCH & INFORMATION ASSISTANT
January 1995 - January 1995 (1 month)

Websites

none entered

Resume / Cover Letter
Resume Beth A 5.4.23.pdf

Education

none entered

Candidate Information

**Added By** Beth Arbuckle

## Personal Information

Summary

Sex
Female

Race/Ethnicity
White (United States of America)

Veterans Status
I am not a Veteran

Indicated Disability Status

Date of Birth

Age

Sexual Orientation

Gender Identity

## Application Changes

Application Changes

| Updated By | Updated On |
| --- | --- |

## Candidate Communication

| Email or Push Notification Successfully Sent? | SMS Successfully Sent? |
| --- | --- |

## Tags / Pools

Tags / Pools

none entered

# Additional Data

## Additional Data

**View As Of** 07/15/2025

Manage Interview Feedback Exceptions

| Interview Round | Missing Feedback Exception For | Missing Feedback Rationale |
| --- | --- | --- |

Officer Title Recruiting

**Officer Title**

# Screening

## Assessments

none entered

## Background Check History

none entered

# Interview

## Interview Feedback

none entered

## Interview Schedule

none entered

## Interview Feedback Exceptions History

| Manage Interview Feedback Exceptions | | |
|---|---|---|
| Interview Round | Missing Feedback Exception For | Missing Feedback Rationale |

## Questionnaire Results

### Initial Application

**Questionnaire** Primary Internal Questionnaire

**Respondent** Beth Arbuckle
**Submission Date** 05/04/2023

| Question | Answers |
|---|---|
| An employee must work a set period of time in a position before applying for another job. The period of time required is documented in your country's employee handbook. Have you met this requirement? (All displaced employees and employees on a job search leave, regardless of time in role should respond Yes) Or, if you have not met the requirement, do you have your manager's permission to apply for other positions? | **Answers** Yes, I have been in my position for the applicable period of time, or I am a displaced employee or on job search leave, and therefore meet the time-in-job requirement. |
| US candidates: Have you been placed on formal warning or final notice in the past 12 months? International candidates: are you currently under a PIP or any other employee relations investigation? This does not include displacement notices anywhere globally. | **Answers** No |
| Are you currently on a visa sponsored by Wells Fargo, or will you now or in the future require visa sponsorship or transfer of visa sponsorship to work in the country you are applying to work in? (For the US, this includes sponsorship of H-1B, TN, or E-3 visas. Persons currently on F-1 visas completing curricular or optional practical training should also answer yes) | **Answers** No |
| Are you related to, or do you have a close personal relationship with any employees, temporary workers, contract employees, or board members of Wells Fargo or its subsidiaries? | **Answers** No |

### Screen

**Questionnaire** Executive Screening Questionnaire

**Respondent** Donna Lloyd
**Submission Date** 05/26/2023

| Question | Answers |
|---|---|
| Spend a few minutes telling me about you and your background/experience. | **Answers** Beth is an internal and is a Treasury Senior Manager in Commercial Banking Finance. She has led a Center of Excellence forecasting function responsible for all aspects of forecasting a $1.3 trillion Deposit Portfolio and separately a$0.9 trillion Loan Portfolio, including balance, yield, and matched maturity cost of funds. ☐Successfully partnered with Line of Business Finance, Corporate Treasury and Risk Management to deliver forecasts including CCAR, MCST, RRP, monthly ALCO and daily liquidity, balancing enterprise needs with line of business profit<br>Previous FPA experience, with legacy wholesale services group was liked Global Treasury Management. Included technology, operations and sales and product leads. Very deep knowledge of that portion of the business.<br>She wants to get back into a broader scope of work and see the whole picture come together. Beth indicates the one limitation she feels she has is not having exposure to Kyle, MK and Kristin – has not worked with them in their current function (she has done this before in other business)<br>FPA experience was 7 years ago – did it in investment banking and wholesale. She has moved to LOB Finance, Corporate Finance and Corporate Treasury – so understands balance sheets, liquidity, capital and regulatory constraints issues with her tour of the bank.<br>Management Experience – she has led teams for 19 years – has had a team of 30 and has managed managers and has also built out teams. |
| What is your understanding of this position and why are you interested? | |
| Describe your leadership style and what makes it effective. | |
| Current Title: | |
| Compensation Expectations - Base: | |
| Compensation Expectation - Bonus/Other: | |
| Compensation Expectations - Forfeited Comp: | |
| Willing to Travel? | |
| Based on your observations of the candidate throughout the screen, use the scale below to evaluate them on the Communication competency. Keep in mind the target proficiency for this position. | **Answers** 3 - Proficient |

| Question | Answers |
|---|---|
| Please provide a reason(s) for your recommendation based on qualifications for the position.<br><br>(e.g., meets or lacks a required qualification, meets the following desired qualifications ... ) | **Answers** Beth meets the qualifications, but we are moving forward with candidates who have a stronger depth of experience in what is needed for the role right now. |

# Attachments

## Attachments

Resume / Cover Letter

| Attachment | |
|---|---|
| Resume Beth A 5.4.23.pdf | |

Other Documents

| Attachment | Category | |
|---|---|---|

# Personal

## Personal Information

Summary

Sex

Female

Race/Ethnicity

White (United States of America)

Veterans Status

I am not a Veteran

Indicated Disability Status

Date of Birth

Age

Sexual Orientation

Gender Identity

# Employment Offer

## Offer Details

none entered

## Attachments

none entered

# Candidate

## Job Application Details Card

Job Application Details

| | |
|---|---|
| **Job Requisition** | R-272598 Finance Director (Filled) |
| **Location** | 144039-NC-550 S Tryon |
| **Date Applied** | 05/04/2023 08:51:06 PM |
| **Source** | Internal Application -> Internal Application |

Piyush Agarwal
Hiring Manager



Donna Lloyd
Recruiter

**Disposition** Desired Qualifications, More Qualified Candidates

## Education

Education

none entered

## Work History

Work History

| | |
|---|---|
| **Current Job** | 3 years |
| **Total Jobs** | 4 |
| **Total Experience** | 9 years |

Experience

KOSA/INVISTA
FINANCIAL ANALYST
January 2001 - January 2004 (3 years, 1 month)

EATON CORPORATION
SENIOR COST ANALYST
January 2000 - January 2001 (1 year, 1 month)

DYSTAR L.P,
COST ACCOUNTANT
January 1995 - January 2000 (5 years, 1 month)

MCKINSEY & COMPANY
RESEARCH & INFORMATION ASSISTANT
January 1995 - January 1995 (1 month)

## Credentials

Websites

none entered

## My Upcoming Reminders

Personal Reminders

none entered

## Resume Attachment

Resume / Cover Letter
Resume Beth A 5.4.23.pdf

## Tags / Pools

Tags / Pools

none entered

# BETH A. ARBUCKLE

[redacted]

## PROFESSIONAL EXPERIENCE

**WELLS FARGO BANK, N.A. — Charlotte, NC**
**HEAD OF ENTERPRISE DEPOSIT FORECASTING COE** *2019-2021 and* **LOAN FORECASTING COE, SVP** *2021- current*
Led a Center of Excellence forecasting function responsible for all aspects of forecasting a $1.3 trillion Deposit Portfolio and separately a $0.9 trillion Loan Portfolio, including balance, yield, and matched maturity cost of funds.

- Successfully partnered with Line of Business Finance, Corporate Treasury and Risk Management to deliver forecasts including CCAR, MCST, RRP, monthly ALCO and daily liquidity, balancing enterprise needs with line of business profitability
- Participated in monthly Enterprise Deposit Strategy Committee, responsible for preparing and presenting monthly forecast results and analytics; developed wholistic view of deposit NII to include impact of ECR
- Established enterprise level daily deposit reporting for Wells Fargo CEO to watch day over day changes, including business drivers during unprecedented COVID driven growth
- Responded to various regulatory requests about balance sheet and forecasting

**PORTFOLIO ANALYTIC AND CONTROL EXECUTIVE,** ***SVP*** *2017 – 2019*
Responsible for creating and controlling data to deliver regulatory and management reports on enterprise-wide collateral of ~$680 billion within Corporate Treasury.

- Accountable for interpreting and following regulatory requirements (i.e., RRP and Reg YY) related to collateral reporting, including quarterly in person updates to regulators
- Presented monthly updates to the Corporate Treasurer on the firms collateral position as well as status on analytics to strengthen and increase liquidity, generate revenue and support cross functional partnerships
- Established analytics to support a reduction of risk weighted assets resulting in ~$32-$40 million economic value add per year
- Voting member of the Collateral Management Governance Committee, a subcommittee of the Liquidity Risk Management Operating Committee

**FINANCE TRANSITION LEAD, SVP** *2016 – 2017*
Selected as line of business point person for transformation efforts in support of efficiency initiative for the Finance functional area, supplying leadership for twenty-six work streams designed to deliver $60 million in efficiencies.

**GROUP FINANCE OFFICER, SVP** *2013 – 2016*
Directed the Finance function for the Wholesale Services Group (Treasury Management Product & Sales, Wholesale Technology, Wholesale Loan Operations, Innovation & Payment Strategies, Wholesale Marketing & Communications and Wholesale Business Solutions). Leadership spanned multiple disciplines including analysis & reporting, budgeting & forecasting, allocations & costing, initiative business cases and expense & resource management.

- Supported a $3 billion (revenue) Treasury Management Product Set including pricing models, product P&L and activity-based cost attribution
- Enhancement of fixed and variable cost modeling to include controllable/non controllable cost to drive Treasury Management pricing and technology investment strategy
- Developed detail analysis of FTE and Contractors in Technology, including onshore and offshore, used to determine best mix of FTE versus contractor resources resulting in over 370 contractor conversions to FTE to date with annual save of $13 million
- Partnered with Wholesale ALCO to model Deposits and ECR behavior in a rising rate environment and improve overall Wholesale deposit modeling process

**FINANCE MANAGER, VP** *2008 – 2013*
Led the financial planning and analysis function for Wholesale Services Group which included ensuring the indirect non-interest expense allocation process worked smoothly and effectively, across all Business Lines within Wholesale Banking.

- Successfully designed and executed a cost development, billing and reporting platform, distributing over $3.5 billion in expenses annually across the enterprise on time and on budget
- Finance liaison between Business Unit Finance and Corporate Technology and Operations Finance functions

**PRODUCT CONTROLLER, VP** *2006 – 2008*
Directed the finance and control function for the Treasury Management Business at Wachovia which generated $1.2 billion in net income for 2008. Team responsible for revenue, expense, and balance sheet planning/forecasting.

- Partnered with Business Line Management to find opportunities for expense reductions resulting in 6% or $8 million save
- Chaired the Corporate and Investment Bank Deposit Committee ($33 billion in deposits) enhancing information supplied to improve Treasury and Business Unit transparency and accountability

**FINANCE MANAGER, VP** *2004 -2006*
Managed a team responsible for providing monthly financial results to Investment Bankers in the Corporate and Investment Bank.

- Redesigned Industry Financials and developed quarterly opportunities reports presented to senior management to help drive customer penetration
- Leader in the selection, development, and implementation of the Investment Bank Business Intelligence Tool (Siebel application); a $1.4 million project

### KOSA/INVISTA — Charlotte, NC
Company is a $3 billion global manufacturer of polyester products and subsidiary of Koch Industries.
**FINANCIAL ANALYST,** *2001-2004*
Responsible for monthly performance reporting, including written narratives and analysis of financial results provided to Executive management and Board of Directors. Administered the financial database used for performance reporting for firm with 15 manufacturing sites in 5 countries and revenues of $3 billion annually.

### EATON CORPORATION – Kings Mountain, NC
**SENIOR COST ANALYST***, 2000 -2001*
Collaborated with Engineering and Operations groups for a heavy-duty transmission manufacturing site to determine cost of goods sold; included benchmarking versus other Eaton sites. Finance representative on Lean Manufacturing team.

### DYSTAR LP— Charlotte, NC
Leading provider of products and services to the textile industry with annual sales of $1.2 billion
**COST ACCOUNTANT,** *1995 -2000*
Participated in the development, and responsible for maintenance, of activity-based costing model. Cost drivers defined as labor and machine hours.

### McKINSEY & COMPANY— Cleveland, OH
**RESEARCH & INFORMATION ASSISTANT,** *1994-1995*
Fulfilled business and industry research requests for consultants

## EDUCATION/TRAINING

**McCOLL SCHOOL OF BUSINESS AT QUEENS UNIVERSITY – Charlotte, NC**
Master of Business Administration
**THE OHIO STATE UNIVERSITY – Columbus, OH**
Bachelor of Arts, Political Science
**CERTIFIED PUBLIC ACCOUNTANT**