**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:24-CV-01068-FDW-UMJ**

| | | |
|---|---|---|
| **BETH ARBUCKLE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**WELLS FARGO BANK, N.A.,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **<u>ORDER</u>** |

**THIS MATTER** is before the Court on Defendant's Motion to Dismiss, asking the Court to dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (Doc. No. 7.) This matter has been fully briefed and is ripe for review. (Doc. 7, 11, 12.) Federal Rule of Civil Procedure 12(b)(6) provides that a complaint may be dismissed for failure to state a claim upon which relief may be granted. FED. R. CIV. P. 12(b)(6). When analyzing whether to grant a motion to dismiss, the court should accept as true all well-pleaded allegations and view the complaint in a light most favorable to the plaintiff. <u>Mylan Labs., Inc. v. Matkari</u>, 7 F.3d 1130, 1134 (4th Cir. 1993). After a thorough review of the Complaint, and construing the Complaint in the light most favorable to Plaintiff, the Court finds Plaintiff has pled sufficient facts for her claims to survive a motion to dismiss.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Dismiss, (Doc. No. 7), is **DENIED**.

**IT IS SO ORDERED.**

Signed: March 30, 2026

Frank D. Whitney
Senior United States District Judge